UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 02-761 |
| vs. | Order of Reassignment |
| ROBINSON GUZMAN, et al. | |

It is on this   27TH   day of March, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND TO JUDGE PETER G. SHERIDAN.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT