AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: Cr. 02-761-01 (PGS |
| Robinson Guzman ) | USM No: |
| Date of Previous Judgment: 07/09/2003 ) | Robinson Guzman, Pro Se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[✓] DENIED.  [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____       Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[✓] Other (explain):

This matter was reviewed by the Public Defender's Office. The Public Defender found Mr. Guzman received the minimum mandatory sentence as required by the statute and did not seek appointment in this matter. Upon further review, it is the finding of the Court that the retroactive effect of the amendment to the crack cocaine sentencing

**III. ADDITIONAL COMMENTS**

guideline does not affect the original sentence because the defendant was sentenced to the mandatory minmum under the statute.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 07/08/2009                          _____
                                                Judge's signature

Effective Date: _____                          Hon. Peter G. Sheridan, U.S. D.J.
(if different from order date)                  Printed name and title