UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ROBINSON GUZMAN,

        Plaintiff,

        v.

UNITED STATES OF AMERICA

        Defendant

D.C. No. 2-02-Cr-00761-001

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

    Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

    **IT IS ORDERED** that the application is:

    __X__   GRANTED, and

    _____   The clerk is directed to file the complaint; and

    **IT IS FURTHER ORDERED** that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by plaintiff. All costs of service shall be advanced by the United States.

    ___ DENIED, for the following reasons:

                                            _/s/ Peter G. Sheridan_____
                                            PETER G. SHERIDAN, U.S.D.J.

October 21, 2009